IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CYNTHIA D. JEEMS                                                                    PLAINTIFF

V.                                                          CAUSE NO. 4:09CV107-WAP-DAS

MISSISSIPPI STATE DEPARTMENT
OF HEALTH                                                                           DEFENDANT

## ORDER

Before the court is the plaintiff's motion for reconsideration of the court's January 19 ruling denying her motion for appointment of counsel (# 4). In that order, the court found that the plaintiff had failed to show that she was entitled to appointed counsel in this Title VII case. The court pointed out at least three factors that courts consider in ruling on motions for appointed counsel: (1) the merits of the plaintiff's claim of discrimination, (2) the efforts taken by the plaintiff to obtain counsel, and (3) the plaintiff's financial ability to retain counsel. While the court is certainly sympathetic to the claimant's statement regarding her history of abuse as a child, the court must find that the plaintiff has failed to provide the court with proof sufficient to reverse its finding regarding the above listed factors. Accordingly, the plaintiff's motion for reconsideration is denied.

SO ORDERED this 29th day of March, 2010.

/s/ David A. Sanders
U. S. Magistrate Judge